UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. POLK, | No. 2:16-cv-1034 KJN P |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). By an order filed November 22, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. Thirty days have now passed, and plaintiff has not responded in any way to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

////

1

1      IT IS HEREBY ORDERED that, within fourteen days, plaintiff shall show cause why this
2 action should not be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).
3 Dated:  January 4, 2017

/polk1034.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE