UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. POLK, | No. 2:16-cv-1034 KJN P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed January 4, 2017, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 26, 2017

polk1034.fsc

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order, as well as an earlier order, were returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1