UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL E. POLK, | No. 2:16-cv-1034 KJN P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY, et al., | |
| Defendants. | |

Plaintiff is an inmate housed in the Placer County Jail. On September 18, 2017, plaintiff filed a letter to the Clerk of the Court stating he would like to request that the court allow him to amend his claim or re-file. (ECF No. 16.) However, this civil rights action was closed on January 27, 2017. Because the case is closed, plaintiff may not amend his complaint. Fed. R. Civ. 15. The court is unable to provide plaintiff legal advice as to how to proceed. Thus, plaintiff's motion is denied. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 16) is denied without prejudice.

Dated: October 17, 2017

polk1034.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1